UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GENETIC VETERINARY SCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> VETGEN, LLC, <br><br> Defendant. | NO: 13-CV-0415-TOR <br><br> ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Notice of Dismissal (ECF No. 8). Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice and without costs or attorney's fees to either party. Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  **IT IS HEREBY ORDERED**:

2  Pursuant to the parties' Stipulated Notice of Dismissal (ECF No. 8), all

3  claims and causes of action in this matter are **DISMISSED** with prejudice and

4  without costs or fees to either party.

5  The District Court Executive is hereby directed to enter this Order, furnish

6  copies to counsel, and **CLOSE** the file.

7  **DATED** March 27, 2014.



8

9  THOMAS O. RICE
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

ORDER OF DISMISSAL WITH PREJUDICE ~ 2